```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01351
   JAY DONALD FREDRICK
   JENNIFER RAE FREDRICK                  CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-5658    SSN XXX-XX-6870

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/22/08 and confirmed on 03/19/08.

   2.  The case was converted to Chapter 7 after confirmation, 08/31/2008.

   3.  The Debtor paid a total of $   4530.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
US BANK NA                 CURRENT MORTG    3449.11          .00          3449.11
US BANK NA                 MORTGAGE ARRE     .00             .00           .00
CHASE HOME FINANCE         SECURED          577.64           .00           577.64
CHASE HOME FINANCE         MORTGAGE ARRE    1744.26          .00           .00
AMERICAN GENERAL FINANCE   SECURED          500.00           .00           .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC     .00             .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        17739.58         .00           .00
CAPITAL ONE BANK           UNSECURED        1028.38          .00           .00
CAPITAL ONE BANK           UNSECURED        6437.89          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        4822.92          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        5873.10          .00           .00
CCA                        UNSECURED        NOT FILED        .00           .00
CAMBRIDGE DENTAL CARE      UNSECURED        NOT FILED        .00           .00
CHASE BANK USA             UNSECURED        727.06           .00           .00
RECOVERY MANAGEMENT SYST   UNSECURED        357.31           .00           .00
NELNET LOAN SRVS INC       UNSECURED        NOT FILED        .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        10661.56         .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED        .00           .00
LAKEWOOD FALLS COMMUNITY   SECURED          733.67           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        1423.36          .00           .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ECMC                       UNSECURED        6165.19          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1512.46          .00           .00
       Summary of disbursements:
-----------------------------------------------------------------------
                 SECURED     PRIORITY      UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  7004.68      .00        56748.81         .00         63753.49
```

```
PRINCIPAL PAID            4026.75              .00            .00            .00       4026.75
INTEREST PAID                 .00              .00            .00            .00            .00
TOTAL PAID                4026.75              .00            .00            .00       4026.75
```
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00
and was paid $   1400.00  direct and $    240.51  through the plan.

The Trustee received $    262.74 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/13/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 01351 JAY DONALD FREDRICK & JENNIFER RAE FREDRICK